994 So.2d 366 (2008)
Ricky ALLEN, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-2722.
District Court of Appeal of Florida, Fifth District.
September 23, 2008.
Rehearing Denied November 4, 2008.
Ricky Allen, Lowell, Pro Se.
Bill McCollum, Attorney General, Tallahassee, and Kellie A. Nielan, Assistant Attorney General, Daytona Beach, for Appellee.
*367 PER CURIAM.
AFFIRMED. See Terry v. State, 808 So.2d 1249 (Fla.2002).
ORFINGER, TORPY and COHEN, JJ., concur.